## Commonwealth ex rel. Smith, Appellant, *v.* Hendrick.

Submitted December 13, 1965. *James I. Smith,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Smith, Appellant, *v.* Myers.

Submitted December 13, 1965. *Roy Smith,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Smith, Appellant, *v.* Myers.

Submitted December 13, 1965. *William G. Smith,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.